**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____  **Category No.** II _____  **Investigating Agency** FBI _____

**City** Boston _____

**Related Case Information:**

**County** Suffolk _____

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  See below _____
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  See below ___    ☑ Yes  ☐ No

Defendant Name  Seth Winslow _____                    Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name: _____

Address:  1654 Buckingham Rd, Teaneck, NJ _____

Birth date (Yr only): 1978    SSN (last 4#): 6437    Sex: M    Race _____    Nationality: _____

**Defense Counsel if known:**  James Seplowitz _____    Address:  24 Bergen Street - Suite 200 _____

Bar Number: _____    Hackensack, New Jersey  07601

**U.S. Attorney Information**

AUSA:  Ian J. Stearns/Kaitlin R. O'Donnell _____    Bar Number if applicable:  693374; 675349

**Interpreter:**  ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**  ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint    ☑ Information    ☐ Indictment

**Total # of Counts:**  ☐ Petty _____    ☐ Misdemeanor _____    ☑ Felony  1 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑   **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date: 12/9/2024    Signature of AUSA:  */s/ Ian J. Stearns*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Seth Winslow _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 | Conspiracy to Commit Securities Fraud | 1 |
| Set 2 | 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) | Forfeiture Allegation | --- |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

SW MJ Numbers:  24-mj-6704-MPK through 6714-MPK; 23-mj-5385-JGD through 5408;
23-mj-5450-JGD through 5453; 23-mj-5554-JGD through 5560; 23-mj-5566-JGD through 5574;
23-mj-5610-JGD through 5612; 24-mj-5016-JGD through 5018; 24-mj-5001-JGD through 5008;
24-mj-5232-JGD; 24-mj-5105-JGD through 5113.
Criminal Actions: 24-cr-10324-LTS; 24-cr-10327-LTS; 24-cr-10328-LTS; 24-cr-10338-LTS

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013